**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

CHRISTOPHER D. YOUNG,                    :

       Plaintiff,                        :

    v.                                    :          CIVIL ACTION NO.: CV210-178

Sgt. JOHNATHAN BEARD and                 :
Master Sgt. JERRICK LAWSON,              :

       Defendants.                       :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.  Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion for Summary Judgment is **DENIED**.

**SO ORDERED**, this 29 day of December, 20 11.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)